# Alexander Claudiu

# Proof of Income
# Filed pursuant to rule 1007-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Alexander Claudiu, | ) | Bankruptcy No. 25-22317-CMB |
|     Debtor | ) | Chapter 7 |
| | ) | Filed Pursuant to Rule 1007-4 |

## Verification Regarding Proof of Income

I, Alexander Claudiu, lost my prior job in May of this year. I obtained my current job in July. I did not collect any unemployment compensation. Therefore, I do not have pay stubs for the entire six month period proceeding the filing of my case.

Date: September 4, 2025                    /s/Alexander Claudiu
                                                                                                      Alexander Claudiu

**CROSSROADS AUTOMOTIVE LLC**
**SOUTH HILLS KIA**
**3644 WASHINGTON RD**
**MCMURRAY PA 15317-**

DATE: 05/28/2025
#D10760

AMOUNT: **DIR DEP

PAY: DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF:
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***
AUTHORIZED SIGNATURE

| EARNINGS Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 803.00 | 13249.52 |
| OVERTIME HOURS | 9.75 | 24.75/hr | 241.31 | 125.50 | 3106.15 |
| HOSPITAL PMT | | | 350.00 | | 1750.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | 8.00 | 16.50/hr | 132.00 | 16.00 | 264.00 |
| Hours: | 57.75 | | | 968.50 | |
| Adjusted Earnings | | | 1383.31 | | 18765.67 |
| Gross Earnings | | | 1383.31 | | 18765.67 |

| POST-TAX DEDUCTIONS Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -21.00 |
| Total | 1.00 | 156.00 |

| WITHHOLDINGS Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 143.06 | 1468.95 |
| OASDI/EE | 85.76 | 1163.47 |
| Medicare/EE | 20.06 | 272.10 |
| PA w/h | 42.47 | 576.10 |
| 002 | 13.83 | 187.66 |
| PA SUTA (EE) | 0.97 | 13.14 |
| **TOTAL WITHHOLDINGS** | 306.15 | 3681.42 |
| **NET PAY** | **1076.16** | **14928.25** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: ▮▮▮▮    Dept: 08

Check #: D10760
Check Date: 05/28/2025
Pay Period: 05/21/2025 - 05/27/2025
Weekly check

Filing Status/Tax Data:
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, Income: 0.00, Only Two Jobs: N, Dependent Amo
PA:

NET PAY DISTRIBUTION
Account
Checking xxxxxxxx3996 (3996)
Total Net Pay

PTO/SICK TIME REMAINING
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

DATE: 05/07/2025
#D10674
AMOUNT: **DIR DEP*

PAY: DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF:
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: [redacted]   Dept: 08

Check #: D10674
Check Date: 05/07/2025
Pay Period: 04/30/2025 - 05/06/2025
Weekly check

Filing Status/Tax Data:
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, Ot
Income: 0.00, Only Two Jobs: N, Dependent Amoun
PA:

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 33.75 | 16.50/hr | 556.88 | 688.75 | 11364.39 |
| OVERTIME HOURS | | | | 100.75 | 2495.59 |
| HOSPITAL PMT | | | | | 1400.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 33.75 | | | 821.50 | |
| Adjusted Earnings | | | 556.88 | | 15785.98 |
| Gross Earnings | | | 556.88 | | 15785.98 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -18.00 |
| Total | 1.00 | 153.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 27.62 | 1212.73 |
| OASDI/EE | 34.53 | 978.73 |
| Medicare/EE | 8.08 | 228.90 |
| PA w/h | 17.10 | 484.62 |
| 002 | 5.57 | 157.87 |
| PA SUTA (EE) | 0.39 | 11.05 |
| TOTAL WITHHOLDINGS | 93.29 | 3073.90 |
| NET PAY | 462.59 | 12559.08 |

NET PAY DISTRIBUTION

| Account | Curr |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

PTO/SICK TIME REMAINING
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

DATE: 05/21/2025
#D10731
AMOUNT: **DIR DEP

PAY: DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF:
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON NEGOTIABLE ***
AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 783.00 | 12680.92 |
| OVERTIME HOURS | 15.00 | 24.75/hr | 371.25 | 115.75 | 2864.64 |
| HOSPITAL PMT | | | | | 1400.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 55.00 | | | 910.75 | |
| Adjusted Earnings | | | 1031.25 | | 17382.36 |
| Gross Earnings | | | 1031.25 | | 17382.36 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -20.00 |
| Total | 1.00 | 155.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 84.55 | 1325.89 |
| OASDI/EE | 63.94 | 1077.71 |
| Medicare/EE | 14.95 | 252.04 |
| PA w/h | 31.66 | 533.63 |
| 002 | 10.31 | 173.83 |
| PA SUTA (EE) | 0.72 | 12.17 |
| TOTAL WITHHOLDINGS | 206.13 | 3375.27 |
| **NET PAY** | **824.12** | **13852.09** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: [redacted]   Dept: 08-

Check #: D10731
Check Date: 05/21/2025
Pay Period: 05/14/2025 - 05/20/2025
Weekly check

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00,
Income: 0.00, Only Two Jobs: N, Dependent Amou
PA:

**NET PAY DISTRIBUTION**
Account: Checking XXXXXXXX3996 (3996)
Total Net Pay

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

D1

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

DATE     AMOUNT

03/05/2025     **DIR DEP*
#D10385

PAY    **DIRECT DEPOSIT - NON-NEGOTIABLE**

ORDER OF    ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 337.75 | 5572.88 |
| OVERTIME HOURS | 4.75 | 24.75/hr | 117.56 | 60.25 | 1491.20 |
| HOSPITAL PMT | | | | | 700.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 44.75 | | | 430.00 | |
| Adjusted Earnings | | | 777.56 | | 8292.08 |
| Gross Earnings | | | 777.56 | | 8292.08 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -9.00 |
| Total | 1.00 | 144.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 54.11 | 655.81 |
| OASDI/EE | 48.21 | 514.11 |
| Medicare/EE | 11.28 | 120.24 |
| PA w/h | 23.87 | 254.56 |
| 002 | 7.78 | 82.93 |
| PA SUTA (EE) | 0.54 | 5.80 |
| TOTAL WITHHOLDINGS | 145.79 | 1633.45 |
| **NET PAY** | **630.77** | **6514.63** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: ▮▮▮▮     Dept: 08

Check #:    D10385
Check Date:    03/05/2025
Pay Period:    02/26/2025 - 03/04/2025
              Weekly check

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, C
Income: 0.00, Only Two Jobs: N, Dependent Amou
PA:

**NET PAY DISTRIBUTION**

| Account | Cur |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

DATE: 02/26/2025
#D10356
AMOUNT: **DIR DEP**

PAY: DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF:
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 297.75 | 4912.88 |
| OVERTIME HOURS | 14.00 | 24.75/hr | 346.50 | 55.50 | 1373.64 |
| HOSPITAL PMT | | | 350.00 | | 700.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 54.00 | | | 385.25 | |
| Adjusted Earnings | | | 1356.50 | | 7514.52 |
| Gross Earnings | | | 1356.50 | | 7514.52 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -8.00 |
| Total | -1.00 | -143.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 137.16 | 601.70 |
| OASDI/EE | 84.10 | 465.90 |
| Medicare/EE | 19.67 | 108.96 |
| PA w/h | 41.64 | 230.60 |
| 002 | 13.57 | 75.15 |
| PA SUTA (EE) | 0.95 | 5.26 |
| TOTAL WITHHOLDINGS | 297.09 | 1487.66 |
| **NET PAY** | **1058.41** | **5883.86** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: ▇▇▇▇    Dept: 08

Check #: D10356
Check Date: 02/26/2025
Pay Period: 02/19/2025 - 02/25/2025
Weekly check

Filing Status/Tax Data:
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, O Income: 0.00, Only Two Jobs: N, Dependent Amour PA:

### NET PAY DISTRIBUTION

| Account | Cur |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

PTO/SICK TIME REMAINING
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

D1

**CROSSROADS AUTOMOTIVE LLC**
**SOUTH HILLS KIA**
**3644 WASHINGTON RD**
MCMURRAY PA 15317-

| | DATE | AMOUNT |
|---|---|---|
| | 03/19/2025 | **DIR DEP** |
| | #D10461 | |

PAY  **DIRECT DEPOSIT - NON-NEGOTIABLE**

TO THE ORDER OF  **ALEXANDER CLAUDIU**
**235 N 2ND STREET**
**CLAIRTON, PA 15025**

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 417.75 | 6892.88 |
| OVERTIME HOURS | 5.25 | 24.75/hr | 129.94 | 67.75 | 1676.83 |
| HOSPITAL PMT | | | | | 700.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 45.25 | | | 517.50 | |
| Adjusted Earnings | | | 789.94 | | 9797.71 |
| Gross Earnings | | | 789.94 | | 9797.71 |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: ▮▮▮▮       Dept: 08

Check #: D10461
Check Date: 03/19/2025
Pay Period: 03/12/2025 - 03/18/2025
Weekly check

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, C
Income: 0.00, Only Two Jobs: N, Dependent Amou
PA:

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -11.00 |
| Total | 1.00 | 146.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 55.59 | 758.08 |
| OASDI/EE | 48.98 | 607.46 |
| Medicare/EE | 11.46 | 142.07 |
| PA w/h | 24.25 | 300.78 |
| 002 | 7.90 | 97.99 |
| PA SUTA (EE) | 0.55 | 6.85 |
| **TOTAL WITHHOLDINGS** | 148.73 | 1913.23 |
| **NET PAY** | **640.21** | **7738.48** |

**NET PAY DISTRIBUTION**

| Account | Cur |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

**CROSSROADS AUTOMOTIVE LLC**
**SOUTH HILLS KIA**
3644 WASHINGTON RD
MCMURRAY PA 15317-

DATE: 03/12/2025
#D10431
AMOUNT: **DIR DEP

PAY: **DIRECT DEPOSIT - NON-NEGOTIABLE**

TO THE ORDER OF:
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

---

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: [redacted]   Dept: 09

Check #: D10431
Check Date: 03/12/2025
Pay Period: 03/05/2025 - 03/11/2025
Weekly check

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 377.75 | 6232.88 |
| OVERTIME HOURS | 2.25 | 24.75/hr | 55.69 | 62.50 | 1546.89 |
| HOSPITAL PMT | | | | | 700.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 42.25 | | | 472.25 | |
| Adjusted Earnings | | | 715.69 | | 9007.77 |
| Gross Earnings | | | 715.69 | | 9007.77 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -10.00 |
| Total | 1.00 | 145.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 46.68 | 702.49 |
| OASDI/EE | 44.37 | 558.48 |
| Medicare/EE | 10.37 | 130.61 |
| PA W/H | 21.97 | 276.53 |
| 002 | 7.16 | 90.09 |
| PA SUTA (EE) | 0.50 | 6.30 |
| **TOTAL WITHHOLDINGS** | 131.05 | 1764.50 |
| **NET PAY** | **583.64** | **7098.27** |

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, (
Income: 0.00, Only Two Jobs: N, Dependent Amou
PA:

**NET PAY DISTRIBUTION**

| Account | Cu |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

**CROSSROADS AUTOMOTIVE LLC**
**SOUTH HILLS KIA**
**3644 WASHINGTON RD**
**MCMURRAY PA 15317-**

| DATE | AMOUNT |
|---|---|
| 06/04/2025 | **DIR DEP |
| #D10791 | |

PAY    **DIRECT DEPOSIT - NON-NEGOTIABLE**

TO THE ORDER OF
**ALEXANDER CLAUDIU**
**235 N 2ND STREET**
**CLAIRTON, PA 15025**

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

---

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 843.00 | 13909.52 |
| OVERTIME HOURS | | | | 125.50 | 3106.15 |
| HOSPITAL PMT | | | | | 1750.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 16.00 | 264.00 |
| Hours: | 40.00 | | | 1008.50 | |
| Adjusted Earnings | | | 660.00 | | 19425.67 |
| Gross Earnings | | | 660.00 | | 19425.67 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -22.00 |
| Total | 1.00 | 157.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 40.00 | 1508.95 |
| OASDI/EE | 40.92 | 1204.39 |
| Medicare/EE | 9.57 | 281.67 |
| PA w/h | 20.26 | 596.36 |
| 002 | 6.60 | 194.26 |
| PA SUTA (EE) | 0.46 | 13.60 |
| **TOTAL WITHHOLDINGS** | **117.81** | **3799.23** |
| **NET PAY** | **541.19** | **15469.44** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: ▮▮▮▮  Dept: 08

Check #: D10791
Check Date: 06/04/2025
Pay Period: 05/28/2025 - 06/03/2025
Weekly check

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00,
Income: 0.00, Only Two Jobs: N, Dependent Amou
PA:

**NET PAY DISTRIBUTION**

| Account | Cu |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

DATE     AMOUNT
03/26/2025     **DIR DEP
#D10490

PAY     DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 457.75 | 7552.88 |
| OVERTIME HOURS | 12.75 | 24.75/hr | 315.56 | 80.50 | 1992.39 |
| HOSPITAL PMT | | | 350.00 | | 1050.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 52.75 | | | 570.25 | |
| Adjusted Earnings | | | 1325.56 | | 11123.27 |
| Gross Earnings | | | 1325.56 | | 11123.27 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -12.00 |
| Total | 1.00 | 147.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 130.35 | 888.43 |
| OASDI/EE | 82.19 | 680.61 |
| Medicare/EE | 19.22 | 161.29 |
| PA w/h | 40.69 | 341.47 |
| 002 | 13.26 | 111.25 |
| PA SUTA (EE) | 0.93 | 7.78 |
| TOTAL WITHHOLDINGS | 286.63 | 2199.86 |
| NET PAY | 1037.93 | 8776.41 |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID:          Dept: 08
Check #:        D10490
Check Date:     03/26/2025
Pay Period:     03/19/2025 - 03/25/2025
                Weekly check

Filing Status/Tax Data:
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00,
Income: 0.00, Only Two Jobs: N, Dependent Amount
PA:

### NET PAY DISTRIBUTION

| Account | Cur |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

### PTO/SICK TIME REMAINING
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

**CROSSROADS AUTOMOTIVE LLC**
**SOUTH HILLS KIA**
**3644 WASHINGTON RD**
**MCMURRAY PA 15317-**

DATE: 02/12/2025
#D10298
AMOUNT: **DIR DEP

PAY: DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF:
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***
AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 217.75 | 3592.88 |
| OVERTIME HOURS | 8.75 | 24.75/hr | 216.56 | 40.00 | 990.01 |
| HOSPITAL PMT | | | | | 350.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 48.75 | | | 289.75 | |
| Adjusted Earnings | | | 876.56 | | 5460.89 |
| Gross Earnings | | | 876.56 | | 5460.89 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -6.00 |
| Total | 1.00 | 141.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 65.99 | 420.09 |
| OASDI/EE | 54.35 | 338.58 |
| Medicare/EE | 12.71 | 79.18 |
| PA w/h | 26.91 | 167.65 |
| 002 | 8.77 | 54.61 |
| PA SUTA (EE) | 0.61 | 3.82 |
| **TOTAL WITHHOLDINGS** | **169.34** | **1063.93** |
| **NET PAY** | **706.22** | **4255.96** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: [redacted]    Dept: 08

Check #: D10298
Check Date: 02/12/2025
Pay Period: 02/05/2025 - 02/11/2025
Weekly check

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, Income: 0.00, Only Two Jobs: N, Dependent Amo
PA:

**NET PAY DISTRIBUTION**
Account
Checking xxxxxxxx3996 (3996)
Total Net Pay

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

| DATE | AMOUNT |
|---|---|
| 02/19/2025 | **DIR DEP |
| #D10327 | |

PAY    DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***

AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 40.00 | 16.50/hr | 660.00 | 257.75 | 4252.88 |
| OVERTIME HOURS | 1.50 | 24.75/hr | 37.13 | 41.50 | 1027.14 |
| HOSPITAL PMT | | | | | 350.00 |
| PTO | | | | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 41.50 | | | 331.25 | |
| Adjusted Earnings | | | 697.13 | | 6158.02 |
| Gross Earnings | | | 697.13 | | 6158.02 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -7.00 |
| Total | 1.00 | 142.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 44.45 | 464.54 |
| OASDI/EE | 43.22 | 381.80 |
| Medicare/EE | 10.11 | 89.29 |
| PA w/h | 21.40 | 189.05 |
| 002 | 6.97 | 61.58 |
| PA SUTA (EE) | 0.49 | 4.31 |
| TOTAL WITHHOLDINGS | 126.64 | 1190.57 |
| **NET PAY** | **569.49** | **4825.45** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID:                    Dept: 08

Check #:      D10327
Check Date:   02/19/2025
Pay Period:   02/12/2025 - 02/18/2025
              Weekly check

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, Income: 0.00, Only Two Jobs: N, Dependent Amount
PA:

### NET PAY DISTRIBUTION

| Account | Cu |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

**CROSSROADS AUTOMOTIVE LLC**
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

DATE: 02/05/2025
#D10214

AMOUNT: ***DIR DEP

PAY: DIRECT DEPOSIT - NON-NEGOTIABLE

TO THE ORDER OF:
ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

*** NON-NEGOTIABLE ***
AUTHORIZED SIGNATURE

### EARNINGS

| Description | Cur Hrs | Rate | Current ($) | YTD Hrs | YTD ($) |
|---|---|---|---|---|---|
| REGULAR HOURS | 17.75 | 16.50/hr | 292.88 | 177.75 | 2932.88 |
| OVERTIME HOURS | | | | 31.25 | 773.45 |
| HOSPITAL PMT | | | | | 350.00 |
| PTO | 24.00 | 16.50/hr | 396.00 | 24.00 | 396.00 |
| HOLIDAY | | | | 8.00 | 132.00 |
| Hours: | 41.75 | | | 241.00 | |
| Adjusted Earnings | | | 688.88 | | 4584.33 |
| Gross Earnings | | | 688.88 | | 4584.33 |

### POST-TAX DEDUCTIONS

| Description | Current ($) | YTD ($) |
|---|---|---|
| ACCOUNTS REC | | -135.00 |
| OCC TAX | -1.00 | -5.00 |
| Total | 1.00 | 140.00 |

### WITHHOLDINGS

| Description | Current ($) | YTD ($) |
|---|---|---|
| Federal | 43.46 | 354.10 |
| OASDI/EE | 42.71 | 284.23 |
| Medicare/EE | 9.99 | 66.47 |
| PA w/h | 21.15 | 140.74 |
| 002 | 6.89 | 45.84 |
| PA SUTA (EE) | 0.48 | 3.21 |
| **TOTAL WITHHOLDINGS** | 124.68 | 894.59 |
| **NET PAY** | **563.20** | **3549.74** |

ALEXANDER CLAUDIU
235 N 2ND STREET
CLAIRTON, PA 15025

EmpID: [redacted]    Dept: 08
Check #: D10214
Check Date: 02/05/2025
Pay Period: 01/29/2025 - 02/04/2025
Weekly check

**Filing Status/Tax Data:**
US: Single, 0, Pre-2020 W4: N, Deductions: 0.00, Income: 0.00, Only Two Jobs: N, Dependent Amo[...]
PA:

**NET PAY DISTRIBUTION**

| Account | Cu[...] |
|---|---|
| Checking xxxxxxxx3996 (3996) | |
| Total Net Pay | |

**PTO/SICK TIME REMAINING**
PTO
Sick

CROSSROADS AUTOMOTIVE LLC
SOUTH HILLS KIA
3644 WASHINGTON RD
MCMURRAY PA 15317-

# Earnings Statement

**ALEXANDER CLAUDII**

Company: 0BJ68 - BOWSER AUTOMOTIVE INC

Pay Date: 08/01/2025
Period Start: 07/21/2025
Period End: 07/27/2025

PO BOX 10019
PITTSBURGH, PA 15236

Emp #:
Dept: 08 - Detail
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 15.00 | 40.00 | 600.00 | 1,200.00 |
| Overtime | 22.50 | 1.43 | 32.18 | 62.11 |
| Gross Pay | | 41.43 | 632.18 | 1,262.11 |

### W/H Taxes

| | | Current | YTD |
|---|---|---|---|
| (S) Federal W/H | | 36.66 | 73.05 |
| Medicare | | 9.17 | 18.30 |
| Social Security | | 39.19 | 78.25 |
| (S/0) Penn. State W/H | | 19.41 | 38.75 |
| 731902,PLEASANT HILLS BORO/WEST JEFFERSON | | 9.48 | 18.93 |
| LST 731902,PLEASANT HILLS BORO/WES | | 1.00 | 2.00 |
| Pennsylvania UI/HC/WF | | 0.44 | 0.88 |

### Deductions

| | Current | YTD |
|---|---|---|
| None | 0.00 | 0.00 |
| Net Pay | 516.83 | 1,031.95 |

Voucher No.: 92481DD

### Net Pay Distribution

| | Current | YTD | |
|---|---|---|---|
| Direct Deposit Net Check | 516.83 | 1,031.95 | A/C:3996 |

paycom  02:65:12:MC

## Earnings Statement

ALEXANDER CLAUDIU

Company: 0BJ68 - BOWSER AUTOMOTIVE INC

Pay Date: 08/15/2025
Period Start: 08/04/2025
Period End: 08/10/2025

PO BOX 10019
PITTSBURGH, PA  15236

Emp #:
Dept: 08 - Detail
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 15.00 | 40.00 | 600.00 | 2,400.00 |
| Overtime | 22.50 | 1.50 | 33.75 | 112.96 |
| Gross Pay | | 41.50 | 633.75 | 2,512.96 |

### W/H Taxes

| | | Current Period | Year to Date |
|---|---|---|---|
| (S) | Federal W/H | 36.85 | 144.75 |
| | Medicare | 9.19 | 36.44 |
| | Social Security | 39.29 | 155.80 |
| (S/0) | Penn. State W/H | 19.46 | 77.16 |
| | 731902,PLEASANT HILLS BORO/WEST JEFFERSON | 9.51 | 37.70 |
| | LST 731902,PLEASANT HILLS BORO/WES | 1.00 | 4.00 |
| | Pennsylvania UI/HC/WF | 0.44 | 1.75 |

### Deductions

| | Current Period | Year to Date |
|---|---|---|
| None | 0.00 | 0.00 |

| | Current Period | Year to Date | |
|---|---|---|---|
| Net Pay | 518.01 | 2,055.36 | Voucher No.: 92930DD |

### Net Pay Distribution

| | Current Period | Year to Date | |
|---|---|---|---|
| Direct Deposit Net Check | 518.01 | 2,055.36 | A/C:3996 |

| Earnings Statement | | | | | ALEXANDER CLAUDIU |
|---|---|---|---|---|---|
| | Company: 0BJ68 - BOWSER AUTOMOTIVE INC | | | | |
| Pay Date: 08/08/2025 | | | | | Emp #: |
| Period Start: 07/28/2025 | PO BOX 10019 | | | | Dept: 08 - Detail |
| Period End: 08/03/2025 | PITTSBURGH, PA 15236 | | | | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 15.00 | 40.00 | 600.00 | 1,800.00 |
| Overtime | 22.50 | 0.76 | 17.10 | 79.21 |
| Gross Pay | | 40.76 | 617.10 | 1,879.21 |

| W/H Taxes | | Current Period | Year to Date |
|---|---|---|---|
| (S) | Federal W/H | 34.85 | 107.90 |
| | Medicare | 8.95 | 27.25 |
| | Social Security | 38.26 | 116.51 |
| (S/0) | Penn. State W/H | 18.95 | 57.70 |
| | 731902,PLEASANT HILLS BORO/WEST JEFFERSON | 9.26 | 28.19 |
| | LST 731902,PLEASANT HILLS BORO/WES | 1.00 | 3.00 |
| | Pennsylvania UI/HC/WF | 0.43 | 1.31 |

| Deductions | Current Period | Year to Date |
|---|---|---|
| None | 0.00 | 0.00 |
| Net Pay | 505.40 | 1,537.35 |

Voucher No.: 92648DD

**Net Pay Distribution**

| | Current Period | Year to Date |
|---|---|---|
| Direct Deposit Net Check | 505.40 | 1,537.35 A/C:3996 |

Livingston Pharmacy 4122333032 >> 14122333052

2025-08-28 09:32