# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: admin | Date Created: 12/17/2025 |
| Case: 25–22317–CMB | Form ID: 318 | Total: 33 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Crystal H. Thornton–Illar | cthornton–Illar@leechtishman.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |
| aty | Lauren M. Lamb | llamb@steidl–steinberg.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alexander Claudiu | 235 N. 2nd Street   Clairton, PA 15025 |
| cr | Duquesne Light Company | c/o Bernstein–Burkley, P.C.   601 Grant Street, 9th Floor   Pittsburgh, PA 15219 |
| smg | Pennsylvania Dept. of Revenue | Department 280946   P.O. Box 280946   ATTN: BANKRUPTCY DIVISION   Harrisburg, PA 17128–0946 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division   P.O. Box 280946   Harrisburg, PA 17128–0946 |
| 16575061 | Bank of America | Attn: Bankruptcy   4909 Savarese Circle   Tampa, FL 33634 |
| 16575060 | Bank of America | Attn: Bankruptcy   Nc4–105–03–14 Pob 26012   Greensboro, NC 27410 |
| 16575058 | Bank of America | Po Box 982238   El Paso, TX 79998 |
| 16575059 | Bank of America | Po Box 982238   El Paso, TX 79998 |
| 16575062 | Cavalry Portfolio Services | 1 American Lane   Greenwich, CT 06831 |
| 16575063 | Cavalry Portfolio Services | Attn: Bankruptcy   1 American Lane, Ste 220   Greenwich, CT 06831 |
| 16575065 | Discover Financial | Attn: Bankruptcy   Po Box 3025   New Albany, OH 43054 |
| 16575064 | Discover Financial | Po Box 30939   Salt Lake City, UT 84130 |
| 16579900 | Duquesne Light | 411 Seventh Avenue   Pittsburgh, PA 15219 |
| 16575067 | IC Systems, Inc | Attn: Bankruptcy   444 Hwy 96 East   St. Paul, MN 55127 |
| 16575066 | IC Systems, Inc | Po Box 64378   Saint Paul, MN 55164 |
| 16575068 | Joel M. Flink, Esquire | The Law Offices of Frederic I. Weinberg   & Associates, P.C.   375 E. Elm St., Suite 210   Conshohocken, PA 19428 |
| 16575069 | Joel M. Flink, Esquire | The Law Offices of Frederic I. Weinberg   & Associates, P.C.   375 E. Elm St., Suite 210   Conshohocken, PA 19428 |
| 16575070 | John Jason Elash, Esquire | 500 5th Avenue, Suite 305   McKeesport, PA 15132–2527 |
| 16575071 | John Jason Elash, Esquire | 500 5th Avenue, Suite 305   McKeesport, PA 15132–2527 |
| 16575073 | Jpmcb | MailCode LA4–7100   700 Kansas Lane   Monroe, LA 71203 |
| 16575072 | Jpmcb | Po Box 15369   Wilmington, DE 19850 |
| 16579901 | Keri P. Ebeck, Esquire | 601 Grant Street, 9th Floor   Pittsburgh, PA 15219 |
| 16575074 | LVNV Funding LLC/Resurgent Capital Servi | C/o Resurgent Capital Services   Greenville, SC 29602 |
| 16575075 | LVNV Funding LLC/Resurgent Capital Servi | Resurgent Correspondence, Attn: Bankrupt   Po Box 1269   Greenville, SC 29602 |
| 16575076 | Matthew W. Pomy, Esquire | Weltman, Weinberg & Reis, Co., LPA   2 Allegheny Center Nova Tower 2   Suite 1302   Pittsburgh, PA 15212 |
| 16575077 | McKeesport Fire Department | Municipal Building   201 Lysle Boulevard   McKeesport, PA 15132 |
| 16575078 | McKeesport Police Department | Municipal Building   201 Lysle Blvd.   McKeesport, PA 15132 |
| 16575080 | Peoples Gas | PO Box 535323   Pittsburgh, PA 15253–5323 |
| 16575079 | Peoples Gas | PO Box 644760   Pittsburgh, PA 15264–4760 |

TOTAL: 29